UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSHUA LAMBO,

    Plaintiff,

v.                                            Case No. 3:23-cv-1153-TJC-MCR

NEAL ARDMAN and NIA
BROADCASTING, INC.,

    Defendants.

## **O R D E R**

This case is before the Court on review of Plaintiff's complaint. (Doc. 1). Plaintiff's complaint is due to be dismissed as a shotgun pleading. There are four types of shotgun pleadings:

> [1] The most common type—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint. [2] The next most common type . . . is a complaint that . . . is guilty of the venial sin of being replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action. [3] The third type of shotgun pleading is one that commits the sin of not separating into a different count each cause of action or claim for relief. [4] Fourth, and finally, there is the relatively rare sin of asserting multiple claims against multiple defendants without specifying which of the defendants are responsible for which acts or omissions, or which of the defendants the claim is brought against.

Weiland v. Palm Beach Cnty. Sheriff's Off., 792 F.3d 1313, 1321–23 (11th Cir. 2015) (footnotes omitted). Plaintiff's complaint constitutes a type-one shotgun

pleading because every count incorporates the allegations of all preceding counts. Plaintiff must amend the complaint to incorporate the appropriate factual allegations into each count. Accordingly, it is hereby

**ORDERED:**

1. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

2. No later than **October 27, 2023**, Plaintiff shall file an Amended Complaint addressing the issues identified in this Order.

**DONE AND ORDERED** in Jacksonville, Florida the 11th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record